## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on May 7, 2019**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **JEREMIAH MCCRIMMON,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. §§ 1201(a)(1), 1201(g)(1)** |
| **Defendant.** | : | **(Kidnapping)** |
| | : | **18 U.S.C. §§ 2262(a)(2), 2262(b)(3)** |
| | : | **(Interstate Violation of Protection Order** |
| | : | **Causing Travel of the Victim)** |
| | : | **22 D.C. Code § 2001** |
| | : | **(Kidnapping)** |
| | : | **22 D.C. Code §§ 3004(1), 3004(2)** |
| | : | **(Third Degree Sexual Abuse)** |
| | : | **22 D.C. Code §§ 3002(a)(1), 3002(a)(2)** |
| | : | **(First Degree Sexual Abuse)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about December 18, 2018, within the District of Columbia, the State of Maryland, and elsewhere, **JEREMIAH MCCRIMMON,** who has attained the age of eighteen years, did unlawfully and willfully seize, confine, kidnap, abduct, inveigle, carry away and hold A.S.A., a 13-year-old child, for purposes of sexually assaulting A.S.A and, in committing or in furtherance of the commission of the offense, A.S.A., a 13-year-old child, was willfully transported and traveled in interstate commerce from the State of Maryland to the District of Columbia.

(**Kidnapping**, in violation of Title 18, United States Code, Sections 1201(a)(1), 1201(g)(1)

### COUNT TWO

On or about December 18, 2018, within the District of Columbia, the State of Maryland, and elsewhere, **JEREMIAH MCCRIMMON,** caused A.S.A., a 13-year-old child, to travel in

interstate commerce, that is, from the State of Maryland to the District of Columbia, by force, coercion, and duress, and in the course of, and as a result of, and to facilitate such travel, engaged in conduct that violated the portion of a valid court-issued protection order against **JEREMIAH MCCRIMMON**, Prince George's County, Maryland, Protection Order Number 0502SP089642017, issued on January 8, 2018, and effective through January 8, 2019, that prohibited **JEREMIAH MCCRIMMON,** and provides protection against violence, threats, and harassment against, contact and communication with, and physical proximity to A.S.A.

(**Interstate Violation of Protection Order, Causing Travel of Victim**, in violation of Title 18, United States Code, Sections 2262(a)(2), 2262(b)(3))

## COUNT THREE

On or about December 18, 2018, within the District of Columbia, **JEREMIAH MCCRIMMON** seized, confined, kidnapped, abducted, and carried away A.S.A., a 13-year-old child, with intent to hold and detain A.S.A., for purposes of sexually assaulting A.S.A.

(**Kidnapping**, in violation of Title 22, District of Columbia Code, Section 2001 (2001 ed.))

## COUNT FOUR

On or about December 18, 2018, within the District of Columbia, **JEREMIAH MCCRIMMON** engaged in a sexual contact with A.S.A., a 13-year-old child, and caused A.S.A. to engage in a sexual contact with him, that is, contact between **JEREMIAH MCCRIMMON's** hand and A.S.A.'s buttocks with an intent to abuse, humiliate, harass, degrade and arouse and gratify the sexual desire of **JEREMIAH MCCRIMMON** and A.S.A., by using force against A.S.A. and by threatening and placing A.S.A. in reasonable fear that A.S.A. would be subjected to death, bodily injury, and kidnapping.

(**Third Degree Sexual Abuse**, in violation of Title 22, District of Columbia Code, Sections 3004(1), 3004(2) (2001 ed.))

## COUNT FIVE

On or about December 18, 2018, within the District of Columbia, **JEREMIAH MCCRIMMON** engaged in a sexual act with A.S.A., a 13-year-old child, and caused A.S.A. to engage in a sexual act with him, that is, contact between **JEREMIAH MCCRIMMON**'s penis and A.S.A.'s mouth, by using force against A.S.A. and by threatening and placing A.S.A. in reasonable fear that A.S.A. would be subjected to death, bodily injury, and kidnapping.

(**First Degree Sexual Abuse**, in violation of Title 22, District of Columbia Code, Sections 3002(a)(1), 3002(a)(2) (2001 ed.))

## COUNT SIX

On or about December 18, 2018, within the District of Columbia, **JEREMIAH MCCRIMMON** engaged in a sexual contact with A.S.A., a 13-year-old child, and caused A.S.A. to engage in a sexual contact with him, that is, contact between **JEREMIAH MCCRIMMON**'s hand and A.S.A.'s genitalia with an intent to abuse, humiliate, harass, degrade and arouse and gratify the sexual desire of **JEREMIAH MCCRIMMON** and A.S.A., by using force against A.S.A. and by threatening and placing A.S.A. in reasonable fear that A.S.A. would be subjected to death, bodily injury, and kidnapping.

(**Third Degree Sexual Abuse**, in violation of Title 22, District of Columbia Code, Sections 3004(1), 3004(2) (2001 ed.))

## COUNT SEVEN

On or about December 18, 2018, within the District of Columbia, **JEREMIAH MCCRIMMON** engaged in a sexual act with A.S.A., a 13-year-old child, and caused A.S.A. to engage in a sexual act with him, that is, penetration of A.S.A.'s vulva by **JEREMIAH MCCRIMMON**'s penis, by using force against A.S.A. and by threatening and placing A.S.A. in reasonable fear that A.S.A. would be subjected to death, bodily injury, and kidnapping.

(**First Degree Sexual Abuse**, in violation of Title 22, District of Columbia Code, Sections 3002(a)(1), 3002(a)(2) (2001 ed.))

A TRUE BILL:

FOREPERSON.

*Jessie K. Liu Ed*

Attorney of the United States in
and for the District of Columbia.