UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 19-223 (TJK) |
| | : | |
| **JEREMIAH McCRIMMON,** | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant through counsel, Mark Carroll, Esquire, with consultation with United States Probation Officer Kelli Willet hereby respectfully request the Court set a sentencing hearing on June 20, 2022, June 21, 2022, or June 24, 2022, any time after 11:00 a.m. on those dates.

1. On September 27, 2021, a petit jury was empaneled in this matter. On September 28, 2021, before opening statements, the defendant pled guilty to: Count One, Kidnapping in violation of 18 §§ 1201(a)(1), 1201(g)(1), Count Two, Interstate Violation of Protection Order – Causing Travel of Victim, in violation of 18 U.S.C. §§ 2262(a)(2), (b)(3), and Count Six First Degree Sexual Abuse, in violation of 22 D.C. Code, §§ 3002(a)(1), 3002(a)(2), of the Indictment. On that day, the Court referred the matter to the United States Probation Office (USPO) for a Presentence Investigation. The Court also set sentencing memoranda due by December 12, 2021, with a sentencing hearing set for December 17, 2021.

2. In preparation of the sentencing hearing, the defendant has undergone two separate psychosexual evaluations and risk assessments. The first evaluation was performed by Dr. Travis Flower on January 9, 2022, and he prepared a report on January 15, 2022. The second evaluation

was performed by Dr. Shauna Keller on March 18, 2022, and March 25, 2022, and she prepared a report on April 6, 2022.

3. On April 19, 2022, by way of minute order, the Court "ORDERED that the parties shall file a joint status report by April 25, 2022, either (1) proposing a new deadline for filing sentencing memoranda and three mutually agreeable days and time for the sentencing hearing or (2) otherwise apprising the Court of how they propose defendant's sentencing should proceed." Minute Order dated 4/19/22.

4. The parties request the Court set the sentencing hearing on June 20, 2022, June 21, 2022, or June 24, 2022, any time after 11:00 a.m., with sentencing memoranda's due by June 13, 2022.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By: _____/s/   Anthony Scarpelli_____
Anthony Scarpelli
D.C. Bar No. 474711
Anthony.Scarpelli@usdoj.gov
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section

Kathleen A. Kern
VA Bar No. 84048
Kathleen.Kern@usdoj.gov
Assistant United States Attorney
Deputy Chief, Superior Court

601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7707 (Scarpelli)
(202) 252-7505 (Kern)

Mark Carroll Esquire
D.C. Bar No. 414-619
markjcarroll@hotmail.com
39641 Tern Road
Bethany Beach DE 19930-3475

Kelli Willett
United States Probation Officer
United States Probation Office
United States Courthouse
333 Constitution Ave NW, Suite 2214
Washington, DC 20001
Kelli_Willett@dcp.uscourts.gov